In the Matter of the Appraisal under the Transfer Tax Act of the Estate of SARAH M. ALTHAUSE, Deceased.

WALTON C. ALTHAUSE, Individually and as Administrator, etc., et al., Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Althause*, 63 App. Div. 252, affirmed.
(Submitted November 11, 1901; decided November 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made July 9, 1901, which affirmed orders of the Surrogate's Court of the county of New York assessing a transfer tax upon the estate of Sarah M. Althause, deceased.

*Lemuel Skidmore* for appellants.

*Edward H. Fallows* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.